EDMOND H. HENDRICKSON and MARTIN COLODNY, Appellants, v. THE COUNTY OF WESTCHESTER, WILLIAM H. BLEAKLEY, Individually and as County Executive of Westchester County, THE WESTCHESTER COUNTY PARK COMMISSION and THOMAS F. REYNOLDS, Individually and as Director of Public Safety of the Westchester County Park Commission, Respondents.— Plaintiffs appeal from an order denying their application for an injunction. Order reversed on the law, without costs, and motion for an injunction *pendente lite* granted, without costs, on the authority of *People* v. *County of Westchester* (257 App. Div. 769), decided herewith. Lazansky, P. J., Johnston, Adel and Taylor, JJ., concur; Close, J., dissents and votes to affirm the order for the reasons stated in the dissenting opinion in *People* v. *County of Westchester* (257 App. Div. at p. 773). [See *post*, p. 801.]

ANNETTE HOLCOMB, Respondent, v. HELEN SCHLEY GILLETTE, Appellant.— Action to recover on a promise to pay for services rendered. Order denying defendant's motion to dismiss the plaintiff's complaint pursuant to rule 107, subdivision 7, of the Rules of Civil Practice affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

HUMBOLDT LUMBER COMPANY, INC., Respondent, v. LOUISVILLE & NASHVILLE RAILROAD COMPANY and THE LONG ISLAND RAIL ROAD COMPANY, Appellants.— Order of Appellate Term modifying and affirming a judgment of the Municipal Court of the City of New York, Borough of Brooklyn, reversed on the law and the facts, judgment of the Municipal Court vacated, and a new trial ordered, with costs in this court and in the Appellate Term to abide the event. Under the facts it was error for the trial court to accept the bill of lading as *prima facie* evidence that the lumber was in good order when shipped. (U. S. Code, tit. 49, § 101; *Orunsten* v. *N. Y. Central Railroad Co.*, 179 App. Div. 465 [3d Dept.]; *Smith* v. *New York Central R. R. Co.*, 43 Barb. 225; *Chicago* v. *N. W. R. Co.* v. *Stephens Nat. Bank of Fremont*, 75 F. [2d] 398; 13 C. J. S. Carriers, § 254, p. 539.) Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.